**SIERRA PROMISE DUGAN**
Sierra Dugan Law
420 3rd Street, Suite 250
Oakland, California 94607
Tel. 510.214.2194
Fax. 510.451.3002
sierra@sierraduganlaw.com

Counsel for Defendant
**JOSE MEDINA MURILLO**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, Plaintiff, v. **JOSE MEDINA MURILLO**, Defendant. | No. 3:23-CR-00473-CRB-2 **STIPULATION TO CONTINUE STATUS CONFERENCE FROM AUGUST 20, 2025 TO SEPTEMBER 10, 2025 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED** by the parties that the presently scheduled status hearing on August 20, 2025 at 10:00 a.m. for defendant Jose Medina Murillo be continued to September 10, 2025 at 10:00 a.m. Additional Counsel for Mr. Medina-Murillo, Daniel Barton, has been approved to assist in the case. Mr. Barton and present counsel are set to meet with client next week and would like additional time to determine how to proceed in the case. Allowing the continuance is appropriate to allow for additional counsel to get up to speed on the case.

The parties stipulate and respectfully request that the Court exclude time for effective preparation of counsel between August 20, 2025, and the next hearing date, requested to be on September 10, 2025.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 18, 2025 | s/ *Sierra Dugan* <br> SIERRA DUGAN |
| 3 | | Counsel for Defendant <br> JOSE MEDINA MURILLO |
| 4 | | |
| 5 | Dated: August 18, 2025 | s/ SD per email authorization <br> DANIEL PASTOR |
| 6 | | Assistant United States Attorney |

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court continues the status hearing set for 10:00 a.m. on August 20, 2025, to September 10, 2025 at 10:00 a.m.

The Court finds that the exclusion of time from August 20, 2025 through September 10, 2025, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant the time needed for effective preparation of counsel taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status hearing be continued from August 20, 2025 to September 10, 2025 and that time is excluded under the Speedy Trial Act from August 20, 2025 through September 10, 2025.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Date: August 19, 2025

HON. CHARLES R. BREYER
UNITED STATES SENIOR DISTRICT JUDGE