**SIERRA PROMISE DUGAN**
Sierra Dugan Law
420 3rd Street, Suite 250
Oakland, California 94607
Tel. 510.214.2194
Fax. 510.451.3002
sierra@sierraduganlaw.com

Counsel for Defendant
**JOSE MEDINA MURILLO**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>            Plaintiff,<br><br>     v.<br><br>**JOSE MEDINA MURILLO**,<br><br>            Defendant. | No. 3:23-CR-00473 CRB<br><br>**STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM DECEMBER 17, 2025 THROUGH JANUARY 6, 2026; [PROPOSED] ORDER** |

The parties were scheduled to appear for status on December 17, 2025 that has been continued to January 6, 2026 at the defense's request for effective preparation of counsel. The parties stipulate and respectfully request that the time from December 17, 2025 through January 6, 2026 be excluded under the Speedy Trial Act. Failure to grant the continuance would deny counsel the reasonable time to necessary for effective preparation, taking into account the exercise of due diligence.

   **IT IS SO STIPULATED**.

Dated: December 16, 2025                                        s/ *Sierra Dugan*
                                                                                  SIERRA DUGAN
                                                                                  Counsel for Defendant
                                                                                  JOSE MEDINA MURILLO

1

1  Dated: <u>December 16, 2025</u>                               <u>s/ SD per email authorization</u>
2                                                                                          KEVIN YEH
                                                                                            Assistant U.S. Attorney

**[PROPOSED] ORDER**

For the reasons stated in the parties' stipulations, the Court finds that the exclusion of time for effective preparation from December 17, 2025 through January 6, 2025, is warranted and that the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance by the defense would deny the defendant the time necessary for effective preparation of counsel taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED**.

Date: December 19, 2025

HON. CHARLES R. BREYER
UNITED STATES SENIOR DISTRICT JUDGE