**SIERRA PROMISE DUGAN**
Sierra Dugan Law
420 3rd Street, Suite 250
Oakland, California 94607
Tel. 510.214.2194
sierra@sierraduganlaw.com

Counsel for Defendant
**JOSE MEDINA MURILLO**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br><br> **JOSE MEDINA MURILLO**, <br><br> Defendant. | No.  3:23-CR-00473 CRB <br><br> **STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM JANUARY 6, 2026 THROUGH FEBRUARY 11, 2026; [~~PROPOSED~~] ORDER** |

The parties were scheduled to appear for status on January 6, 2026 that has been continued to February 11, 2026 at the defense's request for effective preparation of counsel.  The parties stipulate and respectfully request that the time from January 6, 2026 through February 11, 2026 be excluded under the Speedy Trial Act.  Failure to grant the continuance would deny counsel the reasonable time to necessary for effective preparation, taking into account the exercise of due diligence.

**IT IS SO STIPULATED**.

Dated: January 8, 2026              s/ *Sierra Dugan*
                                   SIERRA DUGAN
                                   Counsel for Defendant
                                   JOSE MEDINA MURILLO

Dated: January 8, 2026              s/ SD per email authorization
                                   KEVIN YEH
                                   Assistant U.S. Attorney

1

**[PROPOSED] ORDER**

For the reasons stated in the parties' stipulations, the Court finds that the exclusion of time for effective preparation from January 6, 2026 through February 11, 2026, is warranted and that the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance by the defense would deny the defendant the time necessary for effective preparation of counsel taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED**.

Date: January 16, 2026                                          _____

                                                                                    HON. CHARLES R. BREYER
                                                                                    UNITED STATES SENIOR DISTRICT JUDGE