**SIERRA PROMISE DUGAN**
Sierra Dugan Law
420 3rd Street, Suite 250
Oakland, California 94607
Tel. 510.214.2194
sierra@sierraduganlaw.com

Counsel for Defendant
**JOSE MEDINA MURILLO**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 3:23-CR-00473 CRB |
| Plaintiff, | **STIPULATION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT FROM JANUARY 6, 2025 THROUGH APRIL 1, 2026; [PR~~OPOSED]~~ ORDER** |
| v. | |
| **JOSE MEDINA MURILLO**, | |
| Defendant. | |

The parties were scheduled to appear for status on March 25, 2026 that has been continued to April 1, 2026 at the defense's request for effective preparation of counsel after having the defendant assessed for competency by a doctor. The parties stipulate and respectfully request that the time from March 25, 2026 through April 1, 2026 be excluded under the Speedy Trial Act. Failure to grant the continuance would deny counsel the reasonable time to necessary for effective preparation, taking into account the exercise of due diligence.

**IT IS SO STIPULATED**.

Dated: March 26, 2026                    s/ *Sierra Dugan*
                                         SIERRA DUGAN
                                         Counsel for Defendant
                                         JOSE MEDINA MURILLO

Dated: March 26, 2026                    s/ SD per email authorization
                                         KEVIN YEH
                                         Assistant U.S. Attorney

1

**[~~PROPOSED~~] ORDER**

For the reasons stated in the parties' stipulations, the Court finds that the exclusion of time for effective preparation from March 25, 2026 through April 1, 2026, is warranted and that the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance by the defense would deny the defendant the time necessary for effective preparation of counsel taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED**.

Date: March 31, 2026

HON. CHARLES R. BREYER
UNITED STATES SENIOR DISTRICT JUDGE

*USA v. Medina Murillo*, Stipulation and                    2
[~~Proposed~~] Order, Case No. 3:23-cr-00473-CRB