CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

KEVIN YEH (CABN 314079)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    (415) 436-7200
    kevin.yeh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 3:23-cr-473 CRB |
|     Plaintiff, | ) |
| | ) STIPULATION RE SENTENCING |
|   v. | ) |
| | ) |
| JOSE MEDINA MURILLO, | ) |
|     Defendant. | ) |
| | ) |

On April 29, 2026, defendant Jose Medina Murillo pleaded guilty to Counts 2 and 5 of the Indictment. Due to an oversight of counsel in drafting and reviewing the plea agreement, the defendant incorrectly pleaded guilty to Count 2, for which he was not charged, rather than Count 3, for which he was charged. The parties agree and intend to have sentencing go forward on Count 5 only and the government will move to dismiss all other charges at sentencing. The parties further agree that dismissal of all other charges will have no effect on the applicable mandatory minimum sentence or the Guidelines calculations indicated in the plea agreement.

//

//

//

STIPULATION RE SENTENCING                 v. 9/18/2025
Case No. 3:23-cr-473 CRB            1

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: May 1, 2026

_____/s/_____
KEVIN YEH
Assistant United States Attorney

DATED: May 1, 2026

_____/s/_____
SIERRA DUGAN
DANIEL BARTON
Counsel for Defendant JOSE MEDINA MURILLO

IT IS SO ORDERED.

DATED: __May 5, 2026__

_____
HON. CHARLES R. BREYER
Senior United States District Judge